UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS J. TETLOW, III, <u>et. al,</u><br><br>Plaintiffs,<br><br>v.<br><br>MARION C. BLAKELY, ADMINISTRATOR,<br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV00602(JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant.

                                                                                                 Respectfully submitted,

                                                                                                 /s/    Robin M. Meriweather

                                                                         ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                                                         Assistant United States Attorney
                                                                         United States Attorney's Office
                                                                         555 4th St., N.W.
                                                                         Washington, D.C. 20530
                                                                         (202) 514-7198
                                                                         Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2007, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiffs by the Electronic Case Filing system or, if I receive notice that electronic service fails, then by mail, postage prepaid, addressed as follows:

Thomas Gagliardo
The Gagliardo Law Firm
8403 Colesville Road Suite 860
Silver Spring, MD 20910

    /s/   Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114