OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LEWIS J TETLOW, III ET. AL

**SUMMONS IN A CIVIL CASE**

V.

MARION C. BLAKELY, ADMINISTRATOR
FEDERAL AVIATION ADMINISTRATION

CASE

Case: 1:07-cv-00602
Assigned To : Bates, John D.
Assign. Date : 03/29/2007
Description: Tetlow v. Blakely

TO: (Name and address of Defendant)

United States Attorney for the District of Columbia
Attention: Civil Process Clerk
555 Fourth Street NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Gagliardo, Esq,
The Gagliardo Law Firm
8403 Colesville Road Suite 860
Silver Spring, MD 20910
301 589 1900 FAX 301 589 1985
Gagliardo@workplace-law.net

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

MAR 29 2007

Felicia C. Cannon
CLERK

DATE

(By) DEPUTY CLERK

TETLOW V BLAKELY case
Summons & Complaint

◯AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 30 March 2007 |
| NAME OF SERVER (PRINT) (Andrew) A.D. Busby | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where Civil Process ☒ Clerk U.S. Atty's office Lakessa Carell 12:15 p.m. 501 3rd St. N.W. Wash. DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES $25 | TOTAL $25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 1 April 07    A.D. Busby
         Date            Signature of Server

2321-C Stewart Ave Silver Spring Md 20910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.