OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LEWIS J TETLOW, III ET. AL

**SUMMONS IN A CIVIL CASE**

MARION C. BLAKELY, ADMINISTRATOR
FEDERAL AVIATION ADMINISTRATION

Case: 1:07-cv-00602
Assigned To : Bates, John D.
Assign. Date : 03/29/2007
Description: Tetlow v. Blakely

TO: (Name and address of Defendant)

MARION C. BLAKELY, ADMINISTRATOR
FEDERAL AVIATION ADMINISTRATION
ATTN CIVIL PROCESS CLERK
800 INDEPENDENCE AVENUE SW
WASHIGNTON, DC 20591

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Gagliardo, Esq,
The Gagliardo Law Firm
8403 Colesville Road Suite 860
Silver Spring, MD 20910
301 589 1900 FAX 301 589 1985
Gagliardo@workplace-law.net

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

MAR 29 2007

~~Felicia C. Cannon~~
CLERK

(By) DEPUTY CLERK

DATE

07-CV-0060
Summons & Complaint

OAO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 30 March 2007 |
| NAME OF SERVER *(PRINT)* Andrew Busby | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served on LAVERNE PITTMAN, LITIGATION, at 2:59pm   FEDERAL AVIATION ADMINISTRATION LITIGATION SEC 600 Independence Ave. WASH, D.C. 20591

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES $25 | TOTAL $25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 30 Mar 2007   *Andrew Busby*
         Date              Signature of Server

2321-C Stewart Ave.
Silver Spring, MD 20910
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.