UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS J. TETLOW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARION C. BLAKELY, Administrator, Federal Aviation Administration, <br><br> Defendant. | Civil Action No.  07-0602 (JDB) |

## ORDER

Pursuant to the teleconference held on this 4th day of April, 2007, it is hereby

**ORDERED** that, plaintiffs shall file their motion for preliminary injunction by not later than April 6, 2007; it is further

**ORDERED** that defendant's opposition and motion to dismiss, if any, shall be filed by not later than April 20, 2007; it is further

**ORDERED** that plaintiff's opposition and reply shall be filed by not later than April 23, 2007; and it is further

**ORDERED** that a hearing is scheduled for April 27, 2007, at 11:00 a.m. in Courtroom 8.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:   April 4, 2007