UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS J. TETLOW, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARION C. BLAKELY, Administrator,<br>Federal Aviation Administration,<br><br>    Defendant. | Civil Action No. 07-0602 (JDB) |

## AMENDED SCHEDULING ORDER

Pursuant to the joint request of the parties, it is hereby

**ORDERED** that the plaintiffs shall file their motion for preliminary injunction by not later than April 9, 2007; it is further

**ORDERED** that defendant's opposition and motion to dismiss, if any, shall be filed by not later than 4:00 p.m. on April 23, 2007; it is further

**ORDERED** that plaintiff's opposition and reply shall be filed by not later than 4:00 p.m. on April 25, 2007; and it is further

**ORDERED** that the motions hearing remains scheduled for April 27, 2007, at 11:00 a.m. in Courtroom 8.

**SO ORDERED.**

                                                                         /s/
                                         JOHN D. BATES
                                  United States District Judge

Date:  April 6, 2007