# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS J. TETLOW, et al. | |
| Plaintiffs, | |
| v. | |
| MARION C. BLAKELY, Administrator Federal Aviation Administration Defendant | Case No: 1:07-cv-00602 |

## NOTICE OF LENGTHY EXHIBIT

The Plaintiffs, through counsel, Thomas J. Gagliardo, hereby give notice of the filing of voluminous exhibits. The exhibits to the Plaintiff's Motion for Preliminary Injunction, in the Alternative, exist in paper format only and are in excess of 75 pages. The exhibits will be filed with the Clerk's office in paper format.

I certify that within 24 hours of the filing of this Notice, I will serve paper copies of the Exhibits identified above.

Respectfully submitted,

Thomas J. Gagliardo
Attorney for Plaintiffs
8403 Colesville Road, Suite 860
Silver Spring, Maryland 20910
301/589-1900 FAX 301/589-1985

| | |
|---|---|
| LEWIS J. TETLOW, et al. | |
| Plaintiffs, | |
| v. | |
| MARION C. BLAKELY, Administrator Federal Aviation Administration Defendant | Case No: 1:07-cv-00602 |

## NOTICE OF LENGTHY EXHIBIT

The Plaintiffs, through counsel, Thomas J. Gagliardo, hereby give notice of the filing of voluminous exhibits. The exhibits to the Plaintiff's Motion for Preliminary Injunction, in the Alternative, exist in paper format only and are in excess of 75 pages. The exhibits will be filed with the Clerk's office in paper format.

I certify that within 24 hours of the filing of this Notice, I will serve paper copies of the Exhibits identified above.

Respectfully submitted,

Thomas J. Gagliardo
Attorney for Plaintiffs
8403 Colesville Road, Suite 860
Silver Spring, Maryland 20910
301/589-1900 FAX 301/589-1985

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. Mail, first class postage prepaid, and by facsimile transmission to:

Robin Michelle Meriweather
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530

on this **13**[th] day of **APRIL 2007.**

Thomas J. Gagliardo