IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS J. TETLOW, et al. | \| |
| Plaintiffs | \| |
| v. | \| |
| | \| Case No. 1:07-cv-00602 (JDB) |
| MARION C. BLAKELY, Administrator Federal Aviation Administration, | \| |
| Defendant. | \| |

**PLAINTIFFS MOTION TO ENLARGE TIME FOR FILING ITS MOTION
FOR PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDA,
*NUNC PRO TUNC***

Plaintiffs, Lewis J. Tetlow, et. al., through undersigned counsel, hereby seek an enlargement of the time pursuant to Federal Rule of Civil Procedure 6 (b)(2) by which their previously-filed Motion for Preliminary Injunction and Supplemental Memoranda be deemed timely filed, *nunc pro tunc.* As set forth in the accompanying memorandum of law, this Court may properly grant the relief Plaintiffs seek. A Proposed Order is attached.

Respectfully submitted,

_____
Thomas J. Gagliardo
Attorney for Plaintiffs
8403 Colesville Road, Suite 860
Silver Spring, MD 20910-1985
301 589-1900 FAX 301 589-1985
galiardo@workplace-law.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS J. TETLOW, et al.** | \| |
| **Plaintiffs** | \| |
| | \| |
| v. | \| |
| | \| Case No. 1:07-cv-00602 (JDB) |
| | \| |
| **MARION C. BLAKELY, Administrator** | \| |
| Federal Aviation Administration, | \| |
| | \| |
| **Defendant.** | \| |

**PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORTIES IN SUPPORT OF
THEIR MOTION TO ENLARGE TIME FOR FILING THEIR MOTION
FOR PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDA,
*NUNC  PRO TUNC***

The Court's April 6, 2007 Amended Scheduling Order set deadlines and a hearing date for the Preliminary Injunction herein.  It provided that Plaintiffs' Motion for Preliminary Injunction would be due on April 9, 2007.  (Docket, attached).  Unlike for Defendant's Opposition and Motion to Dismiss and Plaintiffs' Reply thereto, which designated 4:00 p.m. as the specific time for those filings on the date due, the Amended Scheduling Order did not set a specific time for the filing of the Motion for Preliminary Injunction.  Plaintiff therefore relied on the general Electronic Case Filing Procedure that permits docketing up to midnight of the due date.

The docket reflects that Plaintiffs filed their Memorandum in Support of the Preliminary Injunction at 12:16 a.m.   This resulted in the docketing date of April 10, 2007.     Without minimizing the importance of timely compliance with Court Orders, Plaintiffs are informed and believe that no harm befell Defendant as a result of this sixteen (16) minute delay.

Plaintiffs supplemented the Memorandum in Support of its Motion for Preliminary Injunction with three subsequent filings: Docket Item # 10, April 14, 2007, Notice of Lengthy Exhibits; Docket Item # 11, April 19, 2007, Motion[1], Supplemental Memorandum, and Order; Docket # 12, April 20, 2007, Errata, correcting its Supplemental Memorandum. Each of these filings related back to Plaintiffs' original Motion for Preliminary Injunction, docketed on April 10, 2007.

At every juncture, Plaintiffs' counsel communicated with Defendant's Counsel. (E-mail, attached). At no time did Defendant's Counsel express a need for or request an enlargement of time as a result of these supplemental filings. And, as the docket shows, on April 20, 2007, she timely filed an extensive Opposition, Motion to Dismiss and Motion for Summary Judgment in which she responds both procedurally and substantively to all issues Plaintiffs' raise in their filings.

Under FRCP 6(b)(2), upon a showing of excusable neglect, the Court can enlarge the time within which to comply with filing requirements. Plaintiffs contend that, given their proximity in time (16 minutes) to meeting the original filing deadline, the relation back of subsequent filings to the original Motion for Preliminary Injunction, the lack of prejudice to Defendant, and the substantive submissions by both parties, Plaintiffs failure to comply with the timelines set forth in the Court's Amended Scheduling Order dated April 4, 2007 ought be excused. Plaintiffs seek that the Court enlarge the time to permit the filings of its Motion for Preliminary Injunction and Supplemental Memoranda, nunc *pro tunc*, such that they are deemed timely filed as of the date of their docket entry.

Based on the representations set forth in Section II of Defendant's Memorandum of

---

[1] The Clerk's Office informed Plaintiffs' Counsel that they could not locate Plaintiffs' Motion for Preliminary Injunction that should have accompanied the April 10, 2007 filing.

Points and Authorities in Support of Defendant's Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, for Entry of Summary Judgment and in Opposition to Plaintiffs' Preliminary Injunction Motion, Plaintiffs assert that Defendant does not consent to this Motion.

                    Respectfully submitted,

                    _____
                    Thomas J. Gagliardo
                    Attorney for Plaintiffs
                    8403 Colesville Road, Suite 860
                    Silver Spring, MD 20910-1985
                    301 589-1900 FAX 301 589-1985
                    galiardo@workplace-law.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS J. TETLOW, et al.** | \| |
| **Plaintiffs** | \| |
| | \| |
| v. | \| |
| | \| Case No. 1:07-cv-00602 (JDB) |
| | \| |
| **MARION C. BLAKELY, Administrator** | \| |
| Federal Aviation Administration, | \| |
| | \| |
| **Defendant.** | \| |

## O R D E R

Upon review of the Plaintiffs Motion, the Opposition thereto and the file herein on this _____ day of April, 2007

IT IS HEREBY ORDERED ADJUDGED AND DECREED

that the following Docket Entries be deemed timely filed, *nunc pro tunc,* as of the date of their current docket entry:

    Docket Entry # 9 –    Motion for Preliminary Injunction

    Docket Entry # 10 –    Notice of Lengthy Exhibit

    Docket Entry # 11 –    Motion for Preliminary Injunction, Supplemental Memorandum          and Proposed Order

    Docket Entry # 12 _    Errata, Corrected Supplemental Memorandum in Support of Motion for Preliminary Injunction

SO ORDERED

                                          _____
                                          Hon.  John D. Bates, Judge