**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LEWIS J. TETLOW, III, <u>et. al,</u> | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Case Number:  1:07CV00602(JDB) |
|  | ) | |
| MARION C. BLAKELY, ADMINISTRATOR, | ) | |
| FEDERAL AVIATION ADMINISTRATION, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS'**
**PRELIMINARY INJUNCTION MOTIONS**

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendant Marion C. Blakely,

through undersigned counsel, hereby requests a 4-hour extension of time to file Defendant's

Motion to Dismiss and to oppose Plaintiff's initial and supplemental Motions for a Preliminary

Injunction.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for

Defendant contacted counsel for Plaintiff to request consent to this extension, and Plaintiff does

not oppose this extension of time.  In support of this motion, Defendant states as follows:

This Court's April 6, 2007 Amended Scheduling Order established 4:00 p.m. April 23,

2007 as the deadline for Defendant to submit a motion to dismiss or an opposition to Plaintiff's

preliminary injunction motion.  Defendant electronically filed its motion to dismiss and

opposition to Plaintiff's preliminary injunction motions April 23, 2007 at 7:56 and 7:59 p.m.,

respectively.  A four-hour extension of time would make those filings timely.

Defendant's failure to file its motion to dismiss and opposition to Plaintiff's preliminary

injunction motion by 4:00 p.m. April 23, 2007 was the result of "excusable neglect."

Specifically, the undersigned Assistant United States Attorney mistakenly recorded the filing

deadline as the end of the day April 23, 2007, or 11:59 p.m.  As a result, the undersigned

believed that the filings complied with the Court's deadline.  The undersigned discovered that

error when reviewing the case files April 25, 2007.  The failure to timely file was inadvertent,

and the undersigned made a good faith effort to submit Defendant's briefs in a timely manner.

Accordingly, the Court should consider that 4-hour delay to be "excusable neglect."

Granting the 4-hour extension should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court

GRANT Defendant's Motion for Extension of Time to File Answer Or Otherwise Respond to

Plaintiff's Complaint.

Dated: April 25, 2007                              Respectfully submitted,


                                                  _____/s/_____
                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                  United States Attorney


                                                  _____/s/_____
                                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                                  Assistant United States Attorney


                                                  _____
                                                  ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                  Assistant United States Attorney
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  Phone: (202) 514-7198
                                                  Fax: (202) 514-8780
                                                  Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of April, 2007, I caused the foregoing Motion for

Extension of Time to be filed and served via the Court's Electronic Case Filing system or,

should I receive notice from the ECF system that electronic service was unsuccessful, to be

served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas A Gagliardo
The Gagliardo Law Firm
8403 Colesville Road Suite 860
Silver Spring, MD 20910


                                           *Robin M. Meriweather*
                                  ROBIN M. MERIWEATHER, DC BAR # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

LEWIS J. TETLOW, III, <u>et. al,</u>          )
                                             )
                                             )
                                             )
          Plaintiffs,                        )
                                             )
     v.                                      )   Case Number:  1:07CV00602(JDB)
                                             )
MARION C. BLAKELY, ADMINISTRATOR,            )
FEDERAL AVIATION ADMINISTRATION,             )
                                             )
          Defendant.                         )
                                             )
                                             )
_____   )

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to File Motion to

Dismiss and Opposition to Plaintiffs' Preliminary Injunction Motions, it is this _____ day of

_____, 2007,

ORDERED that Defendant's Motion for an Extension of Time to File Motion to Dismiss

and Opposition to Plaintiffs' Preliminary Injunction Motions, be and is hereby GRANTED.

SO ORDERED.

_____
United States District Judge