UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS J. TETLOW, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARION C. BLAKELY, Administrator,<br>Federal Aviation Administration,<br><br>    Defendant. | Civil Action No.  07-0602 (JDB) |

## ORDER

Upon consideration of [9] plaintiffs' motion for a preliminary injunction, the opposition and reply thereto, and the entire record herein, and for the reasons stated in open court during the hearing held on this date, it is this 27th day of April, 2007, hereby

**ORDERED** that plaintiffs' motion for a preliminary injunction is **DENIED**; and it is further

**ORDERED** that, if the parties so desire, they may file by not later than May 7, 2007 supplemental briefs not to exceed ten (10) pages discussing whether the Age 60 Rule, 14 C.F.R. § 121.383(c), constitutes an "order" for purposes of 49 U.S.C. § 46110(a).

   **SO ORDERED.**

                                           /s/
                                    JOHN D. BATES
                                United States District Judge

Date:  April 27, 2007