IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS J. TETLOW, et al. | \| |
| | \| |
| Plaintiffs, | \| |
| | \|Case No. 1:07-cv-00602 (JDB) |
| vs. | \| |
| | \| |
| MARION C. BLAKEY, Administrator | \| |
| Federal Aviation Administration | \| |
| | \| |
| Defendant | \| |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE
SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, by and through undersigned counsel, hereby move this Court for an extension of time within to file a supplemental brief with respect to their Motion for Preliminary Injunction, denied by this Court on April 27, 2007.

The reasons for this request are as follows:

1. On late Friday night, May 3, 2007, Plaintiffs informed undersigned counsel that they have hired Jonathan Turley, Professor of Law, George Washington University School of Law as additional counsel in this case.

2. Plaintiffs have also informed undersigned counsel that Mr. Turley is unavailable to formally enter an appearance in this case until Wednesday, May 9, 2007.

3. Undersigned Counsel anticipates that Mr. Turley will require an extension of time in order to fully apprize himself about the issues in this case and, for this reason, respectfully requests a modest extension up to and including May 14, 2007.

4. Plaintiffs sought the consent of Defendant to this Motion.

5. Undersigned counsel is authorized to state that Defendant does not consent to this Motion

but does not object if it were granted.

WHEREFORE, by reason of the foregoing, Plaintiffs pray for an extension of time up to and including close of business on May 14, 2007 within which to file a supplemental brief in support of their Motion for Preliminary Injunction; and for a commensurate extension of time by which Defendant shall file its response thereto.

Respectfully submitted,

ss/ THOMAS J. GAGLIARDO
Thomas J. Gagliardo
Attorney for Plaintiffs
8603 Colesville Road, Suite 860
Silver Spring, MD 20910-1985
301 589-1900 FAX 301 589 1985
gagliardot@workplace-law.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS J. TETLOW, et al.** | &#124; |
| **Plaintiffs,** | &#124; |
| vs. | &#124;Case No. 1:07-cv-00602 (JDB) |
| **MARION C. BLAKEY, Administrator**<br>Federal Aviation Adminstration | &#124; |
| Defendant | &#124; |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION

On April 27, 2007, at the conclusion of the hearing on Plaintiffs' Motion this court set May 7, 207 as the date by which Plaintiffs' supplemental brief in support of its Motion for Preliminary Injunction should be filed. On May 3, 2007, Plaintiffs informed undersigned counsel that they has hired as additional counsel, Johnathan Turley, Professor of Law at George Washington School of Law. Undersigned Counsel was in Atlanta, GA when he received this information. Undersigned Counsel immediately sent an Email to Mr. Turley. Upon his return to the office on Monday, undersigned counsel was unable to directly communicate with Mr. Turley before having to undertake another out of town obligation. Plaintiffs have since informed undersigned counsel that Mr. Turley will not be available until after Wednesday, May 9, 2007.

Under FRCP 6(b)(1), this Court, for good cause shown, may grant an extension of time within which to comply with filing requirements. Plaintiffs assert that their hiring of additional counsel and for this counsel's need to fully prepare before filing their supplemental brief justifies

the extension sought.[1]

While Defendant does not consent to this Motion, it does not object. For this reason, Plaintiffs contend that Defendant will not be prejudiced if the motion in granted. In addition, if Plaintiffs Motion is granted, Plaintiffs agree to a commensurate extension of time for Defendant.

Respectfully submitted,

ss/ THOMAS J. GAGLIARDO
Thomas J. Gagliardo
Attorney for Plaintiffs
8603 Colesville Road, Suite 860
Silver Spring, MD 20910-1985
301 589-1900 FAX 301 589 1985
gagliardot@workplace-law.net

---

[1] On Monday, May 7, 2007, Plaintiffs' counsel telephoned the Chambers of Judge Bates to inform the Clerk that this request for extension was forthcoming.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS J. TETLOW, et al.** | &#124; |
| **Plaintiffs,** | &#124; |
| vs. | &#124;Case No. 1:07-cv-00602 (JDB) |
| **MARION C. BLAKEY, Administrator**<br>    Federal Aviation Administration | &#124; |
| Defendant | &#124; |

### **O R D E R**

Having reviewed Plaintiffs' Motion for an Enlargement of Time within which to file a supplemental brief in support if their Motion for Preliminary Injunction and noting that Defendant does not object to such enlargement,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that, for good cause shown Plaintiffs and Defendant may have up to and including close of business on Monday, May 14, 2007, within which to file their supplement brief.

SO ORDERED.

_____
**JOHN D. BATES, JUDGE**