IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEWIS J. TETLOW, III, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:07cv00602 (JDB) |
| ) | |
| MARION C. BLAKELY, ADMINISTRATOR, ) | |
| FEDERAL AVIATION ADMINISTRATION. ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTE that Jonathan Turley, attorney admitted to practice in this Court, enters his appearance on behalf of Plaintiffs Lewis J. Tetlow, et al.

Respectfully submitted,

Louis J. Tetlow, et al.

By Counsel

/s/ Jonathan Turley
Jonathan Turley (D.C. Bar No. 417674)
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2007, I caused copies of the foregoing Notice of Appearance to be served by electronic means, upon the following:

Michele Meriweather, AUSA
United States Attorney for the District of Columbia
Civil Division
Attorney for Defendant
555 Fourth Street, N.W.
Washington, D.C. 20001

Rebecca B. MacPherson
Assistant Chief Counsel for Regulations
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

/s/ Jonathan Turley
Jonathan Turley (D.C. Bar No. 417674)
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu