IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEWIS J. TETLOW, III, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 1:07cv00602 (JDB) |
| MARION C. BLAKELY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND
THE TIME TO FILE SUPPLEMENTAL BRIEFING**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs Lewis J. Tetlow, et al. respectfully request an enlargement of the time to file supplemental briefs in this case for ten (10) days to May 24, 2007 (with the same date applied to Defendants for their filing), on the following grounds:

1. The Court has previously instructed the Plaintiffs to file any supplemental briefing on the question of jurisdiction by May 14, 2007.

2. The Plaintiffs recently secured new lead counsel, Jonathan Turley, who filed a notice of appearance in this case only last week.

3. Since his entry in this case last week, Plaintiffs' Counsel has been in consultation with opposing counsel regarding a motion to dismiss this action *without prejudice* to allow for certain matters to be raised with the Court of Appeals.

4. An agreement to seek dismissal without prejudice was secured today, but Plaintiffs' Counsel must draft an appropriate filing to that effect.

5. Since lead counsel is scheduled to testify in the morning before the Committee on Homeland Security and Governmental Affairs of the United States Senate, he is unable to draft and circulate the motion before the current schedule for the supplemental filing expires today.

6. All of the parties have agreed to an extension of time to allow for the filing of a joint motion to dismiss without prejudice or other appropriate filing.

Accordingly, in light of the foregoing, the Plaintiffs ask for a ten day extension of time to file additional papers and that the Defendants be allowed to file on the same day.

Respectfully submitted,

/s/ Jonathan Turley
Jonathan Turley (D.C. Bar No. 417674)
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007 I caused copies of the foregoing Motion for Extension of Time to be served by electronic means, upon the following:

Michele Meriweather, AUSA
United States Attorney for the District of Columbia
Civil Division
Attorney for Defendant
555 Fourth Street, N.W.
Washington, D.C. 20001

Rebecca B. MacPherson
Assistant Chief Counsel for Regulations
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

                                                /s/ Jonathan Turley
                                                Jonathan Turley (D.C. Bar No. 417674)
                                                2000 H Street, N.W.
                                                Washington, D.C. 20052
                                                (202) 994-7001
                                                jturley@law.gwu.edu