IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LEWIS J. TETLOW, III, et al.,       )
                                    )
           Plaintiffs,              )
                                    )
vs.                                 )   Civil Action No. 1:07cv00602 (JDB)
                                    )
MARION C. BLAKELY, ADMINISTRATOR,   )
FEDERAL AVIATION ADMINISTRATION.    )
           Defendants.              )
                                    )
_____ )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties agree to the voluntary dismissal of this matter without prejudice. The parties do not believe that an adjudication of the merits of this case is necessary at this time and, without waiving the right to file or to raise any claims or defenses in the future, they agree that a dismissal without prejudice would be in the best interests of Court and the parties. Each side shall bear its own costs and fees for prior litigation before this Court.

Respectfully submitted,

/s/ Jonathan Turley __
Jonathan Turley (D.C. Bar No. 417674)
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

/s/ Jeffrey A. Taylor, by DVH __
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ Rudolph Contreas, by DVH __
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/ Robin M. Merweather __
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street N.W.
Washington, DC 20530
Phone: (202) 514-7198; Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007 I caused copies of the foregoing Stipulation of Dismissal to be served by electronic means, upon the following:

Robin M. Meriweather, AUSA
United States Attorney for the District of Columbia
Civil Division
Attorney for Defendant
555 Fourth Street, N.W.
Washington, D.C. 20001

Rebecca B. MacPherson
Assistant Chief Counsel for Regulations
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

                                        /s/ Jonathan Turley
                                        Jonathan Turley (D.C. Bar No. 417674)
                                        2000 H Street, N.W.
                                        Washington, D.C.